```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

    vs.            CASE No. 2:04CR20012

BRIAN FAY JEREMIAH                                      DEFENDANTS

### ORDER

Now on this 7th day of January, 2008, comes the sentencing on a supervised release violation of the above named defendant.  The Court, after hearing testimony by the probation officer and there being no objection by the government, hereby DISMISSES the petition and reinstates supervised release for the defendant to expire as scheduled if no further reported violations.  The Court hereby removes the voice recognition monitoring at this time and keeps in force all other conditions.

    IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Robert T. Dawson
                              United States District Judge